

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00094-CV

| | | |
|---|---|---|
| MCMC AUTO LTD., Appellant | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-285175-16) |
| v. | § | October 25, 2018 |
| | § | Opinion by Chief Justice Sudderth |
| SIDECARS, INC., Appellee | § | Dissent by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant MCMC Auto Ltd. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth